```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                     3/6/2025

                                     CENTRAL DISTRICT OF CALIFORNIA
                                     BY: _____ MMC _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR 8:25-CR-00029-JVS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 7201: Attempt to Evade and Defeat Income Tax] |
| EDWARD MICHAEL GREER, | |
| Defendant. | |

The Grand Jury charges:

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this indictment:

1.    Defendant EDWARD MICHAEL GREER ("GREER"), a resident of Newport Beach, California, was the president and sole owner of Greer & Kirby Co. Inc. ("G&K"), an insurance salvage company headquartered in La Mirada, California.

2.    Defendant GREER also owned other business entities, including C&M Chicago Enterprise LLC ("C&M Chicago") and Fredco Sales and Leasing Co. Inc. ("Fredco"). Collectively, the three companies are referred to as the "Greer Entities."

3.    The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4.    IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was a form used by U.S. taxpayers to file their annual income tax returns. IRS Form 1040X, Amended U.S. Individual Income Tax Return ("Form 1040-X"), was a form used by U.S. taxpayers to amend their annual income tax returns.

5.    IRS Form 1120-S, U.S. Income Tax Return for an S Corporation ("Form 1120-S") was a form used by businesses that elected to be treated as an S Corporation to report information such as income, deductions, and credits. S Corporations do not pay taxes on income; instead, any profits or losses flow through to the shareholders.

6.    Schedule K-1, Shareholder's Share of Income, Deductions and Credits, etc. ("Schedule K-1"), was a form used to report a shareholder's share of an S Corporation's income, deductions, credits, and other tax related items. A Schedule K-1 also reflected any distributions, which are the payments of the business' equity to a shareholder. Information from a Schedule K-1, including any distributions, was used to calculate the shareholder's taxable income.

7.    Defendant GREER made all financial decisions for the Greer Entities, including directing how expenses, income, and other items were categorized in the G&K general ledger.

8.   Defendant GREER controlled the following bank accounts (collectively referred to as the "Greer Entities' Bank Accounts"), including bank accounts held by G&K on behalf of two of its clients, Client 1 and Client 2:

      a.   G&K account x4944

      b.   G&K account x9369

      c.   G&K Client 1 account x6191

      d.   G&K Client 2 account x9385

      e.   G&K investment account x7745

      f.   C&M Chicago account x4813

      g.   Fredco account x4975

9.   From at least 2015 through 2019, defendant GREER paid more than $11,000,000 to bookmakers Wayne Nix and Ken Arsenian to cover his personal sports gambling losses. Defendant GREER made these payments out of the Greer Entities' Bank Accounts.

10.   From at least 2016 through 2020, defendant GREER paid other personal expenses out of the Greer Entities Bank Accounts, including the purchase of a personal vehicle and mortgage and property tax payments for his personal residence.

11.   Individual 1 was a Controller for G&K. Defendant GREER instructed Individual 1 regarding the categorization of defendant GREER's gambling and other personal expenses in the G&K general ledger. At defendant GREER's direction, his gambling and other personal expenses were not categorized as distributions to defendant GREER, but rather were concealed in other categories. The G&K general ledger therefore falsely categorized defendant GREER's gambling and other personal expenses, causing Individual 1 to prepare false profit and loss statements and balance sheets for G&K.

12.   To prepare the G&K Forms 1120-S, defendant GREER provided his tax return preparer with the false profit and loss statements and balance sheets. Defendant GREER did not provide the general ledger or bank statements to his tax return preparer.

13.   Defendant GREER filed and caused to be filed Forms 1120-S for G&K and Forms 1040 for himself based on information from the false profit and loss statements and balance sheets for at least tax years 2015 through 2020.

14.   In or around March 2021, the IRS audited G&K's Form 1120-S and defendant GREER's Form 1040 for tax year 2018. In or around October 2021, defendant GREER's tax return preparer asked defendant GREER to identify all personal expenses in G&K's general ledgers. Defendant GREER provided incomplete and false information regarding his gambling and other personal expenses on the 2018 and 2019 G&K general ledgers. Further, defendant GREER lied to his tax return preparer about the extent of his gambling and personal expenditures concealed in the G&K general ledgers for other years.

15.   In or about February 2022, defendant GREER filed and caused to be filed amended Forms 1120-S and Forms 1040X that removed only some of the false business deductions for tax years 2018 and 2019.

//

//

//

1         COUNT ONE

2        [26 U.S.C. § 7201]

3  16. The Grand Jury realleges and incorporates by reference

4 paragraphs 1 through 15 of this Indictment here.

5  17. From in or about January 2017, through in or about October

6 2018, in the Central District of California and elsewhere, defendant

7 EDWARD MICHAEL GREER willfully attempted to evade and defeat income

8 tax due and owing by him to the United States of America, for

9 calendar year 2017, by committing the following affirmative acts,

10 among others:

11    a. Using funds from the Greer Entities' Bank Accounts to

12 pay defendant GREER's personal gambling expenses;

13    b. Directing Individual 1 to falsely categorize defendant

14 GREER's personal gambling expenses in the G&K general ledger as

15 "suspense account";

16    c. Concealing the payment of defendant GREER's personal

17 gambling expenses from the Greer Entities' Bank Accounts to illegal

18 bookmakers by (1) directing bookmakers to accept payments made

19 payable to entities with names unassociated with gambling, and (2)

20 paying certain individual gambling expenses using multiple checks

21 from different Greer Entities' Bank Accounts;

22    d. Using funds from the Greer Entities' Bank Accounts to

23 pay for defendant GREER's other personal expenses, including mortgage

24 and property tax payments for defendant GREER's personal residence;

25    e. Directing Individual 1 to falsely categorize defendant

26 GREER's personal mortgage and property tax payments as business

27 expenses in the G&K general ledger, including as "interest expense"

28 and "property tax";

f.    Providing and causing to be provided to G&K's tax return preparer profit and loss statements that falsely characterized other personal expenses as business expenses and balance sheets that falsely reported no shareholder distributions;

g.    Filing and causing to be filed, in or about September 2018, a false 2017 Form 1120-S for G&K;

h.    Filing and causing to be filed, in or about September 2018, a false 2017 Form 1040 for defendant GREER.

//

//

//

1                          COUNT TWO

2                     [26 U.S.C. § 7201]

3      18.    The Grand Jury realleges paragraphs 1 through 15 of this

4  Indictment here.

5      19.   From in or around January 2018, through in or about

6  February 2022, in the Central District of California and elsewhere,

7  defendant EDWARD MICHAEL GREER willfully attempted to evade and

8  defeat income tax due and owing by him to the United States of

9  America, for calendar year 2018, by committing the following

10 affirmative acts, among others:

11        a.    Using funds from the Greer Entities' Bank Accounts to

12 pay defendant GREER's personal gambling expenses;

13        b.    Directing Individual 1 to falsely categorize defendant

14 GREER's personal gambling payments as business expenses in the G&K

15 general ledger, including as "freight" and "consulting";

16        c.    Concealing the payment of defendant GREER's personal

17 gambling expenses from the Greer Entities' Bank Accounts to illegal

18 bookmakers by (1) directing bookmakers to accept payments made

19 payable to entities with names unassociated with gambling, and (2)

20 paying certain individual gambling expenses using multiple checks

21 from different Greer Entities' Bank Accounts;

22        d.    Using funds from the Greer Entities' Bank Accounts to

23 pay defendant GREER's other personal expenses, including mortgage and

24 property tax payments for defendant GREER's personal residence;

25        e.    Directing Individual 1 to falsely categorize defendant

26 GREER's personal mortgage and property tax payments as business

27 expenses in the G&K general ledger, including as "interest" and

28 "property tax";

f.    Providing and causing to be provided to G&K's tax return preparer profit and loss statements that falsely characterized personal gambling expenses and other personal expenses as business expenses and balance sheets that falsely reported no shareholder distributions;

g.    Filing and causing to be filed, in or about November 2019, a false 2018 Form 1120-S for G&K;

h.    Filing and causing to be filed, in or about December 2019, a false 2018 Form 1040 for defendant GREER;

i.    Providing and causing to be provided to G&K's tax return preparer records and information that falsely characterized defendant GREER's gambling and other personal expenses as business expenses to prepare amended tax returns for G&K;

j.    Filing and causing to be filed, in or about February 2022, a false amended 2018 Form 1120-S for G&K;

k.    Filing and causing to be filed, in or about February 2022, a false 2018 Form 1040X for defendant GREER.

//

//

//

COUNT THREE

[26 U.S.C. § 7201]

20.   The Grand Jury realleges paragraphs 1 through 15 of this Indictment here.

21.   From in or around January 2019, through in or about February 2022, in the Central District of California and elsewhere, defendant EDWARD MICHAEL GREER willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for calendar year 2019, by committing the following affirmative acts, among others:

a.   Using funds from the Greer Entities' Bank Accounts to pay defendant GREER's personal gambling expenses;

b.   Directing Individual 1 to falsely categorize defendant GREER's personal gambling payments as business expenses in G&K's general ledger, including as "outside labor" and "outside services";

c.   Concealing the payment of defendant GREER's personal gambling expenses from the Greer Entities' Bank Accounts to illegal bookmakers by (1) directing bookmakers to accept payments made payable to entities with names unassociated with gambling, and (2) paying certain individual gambling expenses using multiple checks from different Greer Entities' Bank Accounts;

d.   Using funds from the Greer Entities' Bank Accounts to pay defendant GREER's other personal expenses, including mortgage and property tax payments for defendant GREER's personal residence;

e.   Directing Individual 1 to falsely categorize personal mortgage and property tax payments as business expenses in G&K's general ledger, including as "interest expense" and "property tax";

f.    Providing and causing to be provided to G&K's tax return preparer profit and loss statements that falsely characterized personal gambling expenses and other personal expenses as business expenses and balance sheets that falsely reported no shareholder distributions;

g.    Filing and causing to be filed, in or about September 2020, a false 2019 Form 1120-S for G&K;

h.    Filing and causing to be filed, in or about October 2020, a false 2019 Form 1040 for defendant GREER;

i.    Providing and causing to be provided to G&K's tax return preparer records and information that falsely characterized the gambling and other personal expenses as business expenses in order to prepare amended tax returns for G&K;

j.    Filing and causing to be filed, in or about February 2022, a false amended 2019 Form 1120-S for G&K;

k.    Filing and causing to be filed, in or about February 2022, a false 2019 Form 1040X for defendant GREER.

//

//

//

COUNT FOUR

[26 U.S.C. § 7201]

22.   The Grand Jury realleges paragraphs 1 through 15 of this Indictment here.

23.   From in or around January 2020, through in or about November 2021, in the Central District of California and elsewhere, defendant EDWARD MICHAEL GREER willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for calendar year 2020, by committing the following affirmative acts, among others:

a.   Using funds from the Greer Entities' Bank Accounts to pay defendant GREER's personal expenses, including mortgage and property tax payments for defendant GREER's personal residence and the purchase of a 2021 Mercedes Benz vehicle for defendant GREER's personal use;

b.   Directing Individual 1 to falsely categorize personal mortgage and property tax payments as business expenses in the G&K general ledger, including as "interest expense" and "property tax";

c.   Directing Individual 1 to falsely categorize a personal vehicle purchase in the G&K general ledger as "office expense";

d.   Providing and causing to be provided to G&K's tax return preparer profit and loss statements that falsely characterized other personal expenses as business expenses and balance sheets that falsely reported no shareholder distributions;

1    e. Filing and causing to be filed, in or about November

2 2021, a false 2020 Form 1120-S for G&K;

3    f. Filing and causing to be filed, in or about November

4 2021, a false 2020 Form 1040 for defendant GREER.

5         A TRUE BILL

6

7         /S/_____

8         Foreperson

9 JOSEPH T. MCNALLY
  Acting United States Attorney
10

11

12 LINDSEY GREER DOTSON
  Assistant United States Attorney
13 Chief, Criminal Division

14 KRISTEN A. WILLIAMS
  Assistant United States Attorney
15 Chief, Major Frauds Section

16 SCOTT PAETTY
  Assistant United States Attorney
17 Deputy Chief, Major Frauds
  Section
18

19 JEFF MITCHELL
  Assistant United States Attorney
20 Major Frauds Section

21 JULIA M. RUGG
  MAHANA K. WEIDLER
22 Trial Attorneys, Tax Division
  United States Department of
23 Justice

24

25

26

27

28